Cite as 2024 Ark. 166

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** October 31, 2024

IN RE NINETEENTH WEST
JUDICIAL CIRCUIT, DIVISION 2 –
APPROVAL FOR DIGITAL
ELECTRONIC RECORDING

---

## PER CURIAM

Circuit Judge Brad Karren of Bentonville, Nineteenth West Judicial Circuit, requests permission from this court, pursuant to Arkansas Supreme Court Administrative Order No. 4(e), to use digital electronic recording to make the official court record. Administrative Order No. 4 permits the use of digital electronic recording in the circuit courts upon request to, and approval by, the supreme court. We grant this request. The use of digital electronic recording in Judge Karren's court shall comply with Administrative Order No. 4, the "Administrative Office of the Courts Provisional Guidelines for Digital Audio Recording," and the terms set out in Judge Karren's "Proposal for the use of Electronic Court Reporting in the 2nd Division of the 19th West Judicial Circuit of Arkansas."